FILED by **JA** D.C.

Sep 29, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-20197-CR-UNGARO/O'SULLIVAN**

CASE NO. _____

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507

UNITED STATES OF AMERICA

vs.

JOIMAR VANEGAS-GOMEZ,
JOCKSA JOSE VINDEL-PORRAS,
and ALLAN MOISES VEGA-VARGAS,

        **Defendants.**
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

Beginning on an unknown date and continuing through on or about May 24, 2020, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**JOIMAR VANEGAS-GOMEZ,
JOCKSA JOSE VINDEL-PORRAS,
and ALLAN MOISES VEGA-VARGAS,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons unknown to the United States Attorney, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

With respect to all defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably

foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

## COUNT 2

On or about May 24, 2020, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

**JOIMAR VANEGAS-GOMEZ,
JOCKSA JOSE VINDEL-PORRAS,
and ALLAN MOISES VEGA-VARGAS,**

did knowingly and intentionally possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Information are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of property in which one or more of the defendants, **JOIMAR VANEGAS-GOMEZ, JOCKSA JOSE VINDEL-PORRAS,** and **ALLAN MOISES VEGA-VARGAS,** have an interest.

2. Upon conviction of a violation of, or a conspiracy to violate, Title 46, United States Code, Section 70503, as alleged in Counts 1 and 2 of this Information, each defendant shall forfeit to the United States all property described in Title 21, United States Code, Section 881(a) that is

used or intended for use to commit, or facilitate the commission of, such violation.

3. Upon conviction of a violation of, or a conspiracy to violate, Title 46, United States Code, Section 70503, as alleged in Counts 1 and 2 of this Information, each defendant shall forfeit to the United States, all property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

All pursuant to Title 46, United States Code, Section 70507(a), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

JOIMAR VANEGAS-GOMEZ, et al.,

**Superseding Case Information:**

_____ Defendants. \_\_\_\_\_/

**Court Division**: (Select One)
- ✓ Miami
- \_\_ Key West
- \_\_ FTL
- \_\_ WPB
- \_\_ FTP

New defendant(s)   Yes \_\_\_   No \_\_\_
Number of new defendants   \_\_\_
Total number of counts   \_\_\_

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   20-02894-MJ-TORRES
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   06/07/2020
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes \_\_\_   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes \_\_\_   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes \_\_\_   No ✓

_____
FREDERIC SHADLEY
ASSISTANT UNITED STATES ATTORNEY
FLORIDA COURT NO. A5502298

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOIMAR VANEGAS-GOMEZ

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with the intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(a)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOCKSA JOSE VINDEL-PORRAS

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with the intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(a)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALLAN JOISES VEGA-VARGAS

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Possession with the intent to distribute cocaine while on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(a)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Joimar Vanegas-Gomez, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**AFPD Ian McDonald**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| Jocksa Jose Vindel-Porras, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Ruben M. Garcia, Esquire**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Allan Moises Vega-Vargas, | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Hector Flores, Esquire**
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*